1 Lawrence D. Rohlfing
Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Samuel D. Brohn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. BROHN, | Case No.: CV 09-05461 FMO |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: 3/18/11

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing
   _____/s/_____
3  Lawrence D. Rohlfing
   Attorney for plaintiff Samuel D. Brohn

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26